United States District Court
District of Massachusetts
US Courthouse, 1 Courthouse Wy, Boston, MA 02210



Eric D. Gant, plaintiff
10593 w Jefferson Ave, River Rouge MI,
48218 ste 207

Case.

v.

Hon.

Leo T. Sorokin, defendant
US Courthouse, 1 Courthouse Wy, Boston, MA 02210

&

McDonald's Inc.
110 N. Carpenter St. Chicago, IL 60607
Defendant

&

Olive Garden Inc.
1000 Darden Center Drive, Orlando, FL 32837
Defendant

---

### Complaint

Now Comes Eric Gant, known as King Eric the 1st, and  states the following;

On 05/15/2026 , myself Eric D. Gant received an order dismissing case no. 26-cv-12028-LTS that was filed in a United States District Court, the District of Massachusetts specifically. The following case was based on the following merits;

Now comes Eric D. Gant, plaintiff, known as King Eric the 1st and states the following:

The constitution of Michigan 1835, states "government is instituted for the good and benefit of the people, and they have the right at all times to alter or reform the same, and the right to abolish one form of government and Institute a new form of government whenever the public good requires." Another portion of that constitution states, all acts of the legislature contrary to this or any other article of this constitution is void. Therefore the right to abolish the government

could still exist with us. Any law contrary to such constitution is void, thus never has removed it, and the legislature, or people with the power to legislate under the common definition of such word, had no power to make any law contrary via its void, if not may the equal treatment be imposed and the Kings law be held as valid. Therefore I had the right to abolish the government and to make myself the King of the state of Michigan, the United States, and the world. As institute new government indicates create laws and regulations as well as implement policy.

Of the United Nations Covenant of political and civil rights;

Article 1. 1. All peoples have the right of self-determination. By virtue of
that right they freely determine their political status and freely pursue their economic, social and cultural development.

Political means government under Merriam Webster,....so I determine my government status as the King of the world.

At this point, pursuant to Decrees and laws the King has created, from "The Euphoria Doctrine"

Section 5 of Guaranteed Euphoria

Measure Enacted:

Every Wednesday day shall be the meal of the week.

This meal is a meal that can be obtained at any restaurant of the individual's choosing and shall never exceed $70 at resale value, nor exceed 1200 calories.

The King's Fund shall pay for all people to have such luxury.

The meal of the week shall be issued regardless of employment status. The Supreme Human Resources shall pay any restaurant provider for such meal no later than 48 hours after such meal is rendered.

Restaurants are responsible for recording how many of these meals they have given out. Any restaurant not permitting or issuing a meal of the week on credit for the Euphorian, shall be fined $15,000 each day this happens.

Individuals shall simply have a balance to cover the meal of $70 on such day, credited with the restaurant who shall maintain a record for reimbursement.

The category of the meal shall change each week. It shall be determined in the following rhythm; Breakfast, Brunch, Lunch, Dinner.

A free treat or dessert may be awarded on any meal of the month day, along with the main course, as long as the entire meal does not exceed $70 or more than 1200 calories.

At this point it is now evident that the defendants have not participated in the luxury awarded by this law, known as make available the meal(s) to the public, in the fashion in which this law directs. The government is mandated to reimburse such happenings, although, that does not remove the requirement of making the meals available. We see they could face a fine of up to $15,000, although, pursuant to " The Standard Policies of the Kingdom of Euphoria"

Rule #512

The King may sue for a violation of the King's law.

At this point I now sue for $1,000,000 as that is enough to further the Kingdom of Euphoria and a violation of the King's law equates to severe emotional disrespect.

The Kingdom of Euphoria, is the whole world.

We see here, the defendant Leo T. Sokorin did dismiss the case even though it possesses a ton of legal authority and merit. We do see pursuant to Rule #512 of the Standard policies of the Kingdom of Euphoria;

The King may sue for a violation of the King's law.

Likewise pursuant to the King's law penal code, more law written by the King;
Section 1 of Illegal Conduct- Crimes Against the Kingdom

Paragraph 1

(4) No person is permitted to formulate a legal argument that could be used to the King's detriment. That is called conspiracy against the King.

Now based on the clear claim that was intended for the original defendants before yours truly was hindered by Leo T. Sokorin by way of unlawful and non meritorious claims that such a case was frivolous when it exist in black and white within the old laws of the land, prior to my new laws, I sue the defendants, Mcdonalds corporation for that same claim stated above, and I also sue Leo T. Sokorin for such violation of the King's law, each for $1,000,000 and hereby call for the impeachment of such officer as it is demonstrated Leo T. Sokorin is the type of officer to adhere to his own personal views as opposed to what the law states, which serves us no purpose in the Kingdom of Euphoria.

I also incorporate the defendants Olive Garden into this suit as they have failed to adhere to the meal of the week Standards. Obviously a victory here will indicate to the Food and Drug

Administration that they shall issue such payments through the treasury. I also sue Olive Garden, for $1,000,000. Each violating restaurant of this world will be sued as time permits, if they fail to adhere. Of course based on how the defendant and myself are all located in different states, this requested to be a zoom hearing.

This Court does have Jurisdiction, either through the King's law that grants most courts Jurisdiction to hear just about any case they feel comfortable with or 28 usc 1331, which grants Jurisdiction to the district courts.

This is shall not be filed with Leo T. sokorin, as he is a defendant in such case and that creates a conflict of interest.


/s/ Eric D. Gant                                                    Date;05/15/2026